80,202 - 02

COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE OF THE CLERK

MAR. 31, 2015

HONORABLE COURT OF CRIMINAL APPEALS. ABEL ACOSTA, CLERK.

COURT OF CRIMINAL APPEALS OF TEXAS

P. O. BOX 12308 CAPITOL STATION

AUSTIN, TEXAS 78711

RE: RAY A. DIXON V. THE STATE OF TEXAS.

NO. WR-80,202-02 ; TRL. CT. NO. 241-0526-12-A

DEAR MR. ACOSTA:

ENCLOSED FOR FILING IS MOVANTS "RULE 79. REHEARING UNDER RULE 74.
CRIMINAL LAW QUESTION, ON AMEND"

PLEASE GIVE NOTICE UPON RECEIPT.

THANK YOU RESPECTFULLY FOR YOUR ASSISTANCE.

MOTION DENIED
DATE: 4-30-15
BY: D.C.

SINCERELY

MOVANT-APPLICANT-PRO SE

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 10 2015

Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS OF TEXAS

AUSTIN    TEXAS

RAY A. DIXON
   MOVANT,
V.

THE STATE OF TEXAS
   RESPONDENT.

WR-86,202-02
TRL.CT.NO-241-0526-12-A

## RULE 79. REHEARING UNDER RULE 74
## CRIMINAL LAW QUESTIONS ON AMEND

MOVANT COMES IN COMPLIANCE IN A PROCEEDING IN THE COURT OF CRIMINAL APPEALS BRINGS TO THE COURT OPEN QUESTIONS REVIEW ON AMENDING A STATE WRIT OF HABEAS CORPUS TIMELY.

## LEGAL ANAYLSIS

MOVANT FILED IN THE TRIAL COURT A MOTION FOR "LEAVE TO AMEND GROUND TWO ON PENDING STATE WRIT OF HABEAS CORPUS" APPLICATION FORM. AFTER ASSERTING GROUND ONE ONLY, ON THE FORM.. SUCH FILING BY CLERK STAMP DATE JAN 7, 2015 11:24 AM WHEN LETTER TO THE CLERK IS DATED DEC.24, 2015... WHICH IS TITLED AS (LETTER FROM DEFENDANT) AND NOT A MOTION FOR THE SUPRA TITLED. FURTHER QUESTIONABLE REVIEW... THE FINDING OF FACTS AND CONCLUSION OF LAW WAS CONDUCTED BY THE TRIAL COURT DEC.23,2015.. TRIGGERING THIS COURT'S MAIL BOX RULING THAT APPLIES AT THIS TIME UNDER STATE AND FEDERAL LAW.

WHATS QUESTIONABLE ON ITS FACE... IS WHY THE CLERKS OFFICE FILED A TIMELY NOTICE OF THE COURT'S FINDINGS, AND NOT A TIMELY NOTICE OF THE LEAVE TO AMEND MOTION BY MOVANT AND WHETHER THIS ACT WAS CONDUCTED TO SHOW THAT THE COURT FINDINGS WAS FIRST AND MOVANT EFFORT WAS A DAY LATE.. AND FINDINGS WAS A DAY SOON AT THE CLERKS DISCRETION.

MOVANT SOLE CLAIM IS THE QUESTIONABLE ENHANCEMENT PROCESS TO BREATH A FIRST DEGREE FELONY.

## CONCLUSION

FOR THE FOREGOING REASONS STATED IN THIS "RULE 79. REHEARING UNDER RULE 74. CRIMINAL LAW QUESTIONS ON AMEND" WHERE PENDING WRIT IS NOT FINAL-LY RULED ON.. BY THE CONVICTING COURT'S FINDINGS. MOVANT ASK THAT THIS COURT OF CRIMINAL APPEALS GRANT RELIEF SOUGHT SUA SPONTE.

Ray Anthony Dixon
MOVANT - PRO SE